**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**GCA LAW PARTNERS LLP**
Kathryn C. Curry (State Bar No. 157099)
kcurry@gcalaw.com
Tracy Tierney (State Bar No. 200537)
ttierney@gcalaw.com
2570 W. El Camino Real, Ste 510
Mountain View, California 94040
Phone: (650) 428-3900
Fax: (650) 428-3901

Attorneys for Plaintiff
KAREN PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PORTER, | CASE NO.: 5:16-cv-03291-BLF |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 5:16-cv-03291-BLF

**IT IS HEREBY STIPULATED** by and between Plaintiff KAREN PORTER and LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by each of the other signatories to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

|  |  | **RIMAC MARTIN, P.C.** |
|---|---|---|
| DATED: January 11, 2017 | By: | /s/ Anna M. Martin  <br>ANNA M. MARTIN  <br>Attorneys for Defendant  <br>LIFE INSURANCE COMPANY OF NORTH AMERICA |
| DATED: January 11, 2017 | By: | /s/ Kathryn C. Curry  <br>KATHRYN C. CURRY  <br>Attorneys for Plaintiff  <br>KAREN PORTER |

1
2   **IT IS SO ORDERED.**
3
4
5   Dated: January 19, 2017

6   _____
    BETH LABSON FREEMAN
    United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26                                         3
27  STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
    Case No. 5:16-cv-03291-BLF
28